**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JANE BARTHLE,**

        **Plaintiff,**

**-vs-**                                                **Case No. 6:09-cv-1714-Orl-31GJK**

**NELSON, WATSON & ASSOCIATES, LLC,**

        **Defendant.**

_____

## ORDER TO SHOW CAUSE

This case comes before the Court *sua sponte*. Based on the allegations of the Complaint (Doc. 1), this proceeding has a connection to Pasco County, which falls under the Tampa Division, but none to the counties that make up this Division. Pursuant to Local Rule 1.02(c), all proceedings must be instituted in the Division encompassing the county or counties having the greatest nexus with the case. It does not appear that the Plaintiff complied with this rule.

Accordingly, on or before October 19, 2009, the Plaintiff is **ORDERED TO SHOW CAUSE** why this case should not be transferred to the Tampa Division of the United States District Court for the Middle District of Florida.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on October 9, 2009.

                                                                GREGORY A. PRESNELL
                                                       UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party